**Brian S. BOOKER**

v.

**Amy Turner BOOKER**

**2014–CT–01702–COA**

Supreme Court of Mississippi.

Filed: 10/03/2016

Closed: 01/05/2017

Motion Desc: PETITION FOR WRIT OF CERTIORARI

Certiorari—Denied

**Earl BATES**

v.

**STATE of Mississippi**

**2014–CT–01492–COA**

Supreme Court of Mississippi.

Filed: 10/04/2016

Closed: 01/05/2017

Motion Desc: Notice of Motion

Certiorari—Denied

**Sylvester BELL**

v.

**STATE of Mississippi**

**2014–CT–01370–COA**

Supreme Court of Mississippi.

Filed: 10/21/2016

Closed: 01/12/2017

Motion Desc: Petition for Writ of Certiorari

Certiorari—Denied